```
Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd
10474 Santa Monica Blvd., 4th Floor
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff
CARRIE RINDERKNECHT
```

## UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE RINDERKNECHT, | ) Case No.: 10-CV-00789 |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) ORDER RESETTING CMC |
| | ) |
| CAREY LAW FIRM, | ) |
| | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, CARRIE RINDERKNECHT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: April 23, 2010        KROHN & MOSS, LTD.

IT IS SO ORDERED that the CMC is reset from 6/16/10 to 7/28/10 at 1:30 p.m. A Joint CMC Statement shall be filed by 7/21/10. Plaintiff shall serve a copy of this order upon defendant.

By: /s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff

_____
Edward M. Chen
U. S. Magistrate Judge

[Seal: IT IS SO ORDERED AS MODIFIED, Judge Edward M. Chen]

Notice of Settlement