| | |
|---|---|
| 1 | Ryan Lee, Esq. (SBN 235879) |
|   | Krohn & Moss, Ltd. |
| 2 | 10474 Santa Monica Blvd. 4th Floor |
|   | Los Angeles, CA 90025 |
| 3 | T : (323) 988-2400 ; F : (866) 861-1390 |
|   | rlee@consumerlawcenter.com |
| 4 | Attorneys for Plaintiff, |
|   | CARRIE RINDERKNECHT |

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARRIE RINDERKNECHT, | ) | Case No.: C10-00789 |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| vs. | ) | REQUEST OF COUNSEL TO APPEAR |
| | ) | AT SCHEDULING CONFERENCE BY |
| CAREY LAW FIRM, | ) | TELEPHONE |
| | ) | |
| Defendant. | ) | Date: August 9, 2010 |
| | ) | Time: 1:30 pm |
| | | Place: Courtroom 12 |

Permission is hereby granted for Ryan Lee, counsel of record for plaintiff Carrie Rinderknecht, to participate by telephone in the Scheduling Conference scheduled for August 9, 2010 at 1:30 pm. COUNSEL SHALL INITIATE CALL BY CALLING (415) 522-3630.

Respectfully Submitted,

DATED: August 4, 2010   KROHN & MOSS, LTD.

IT IS SO ORDERED:   By: /s/ Ryan Lee

_____
Thelton E. Henderson
United States District Judge

Ryan Lee
Attorney for Plaintiff

- 1 -

REQUEST OF COUNSEL TO APPEAR AT SCHEDULING CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER THEREON