IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARRIE RINDERKNECHT,

    Plaintiff,

v.

CAREY LAW FIRM,

    Defendant.

NO. C10-0789 TEH

ORDER DISMISSING CASE

On September 2, 2010, this Court ordered that "Plaintiff shall file a motion for default judgment on or before **September 9, 2010**, and noticed for hearing on October 18, 2010, at 10:00 AM. If no timely motion is filed, then this case shall be dismissed for failure to prosecute." Sept. 2, 2010 Order at 1.

Plaintiff has failed to file the required motion, and this case is therefore dismissed with prejudice for failure to prosecute. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 09/10/10

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT